UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esquire
1 Eves Drive, Suite 111
Marlton, NJ 08053-3125
Attorney for Debtor
RM-1141

In Re:                                              Case No. 17-24265CMG

Porsche S. Merricks

                                                    Judge: Honorable Christine M. Gravelle
                                                    Chapter 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

**X      CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

**TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following
(**choose one**):

1.       __X__ Motion for Relief from the Automatic Stay filed by  Toyota Motor Credit,
creditor. A hearing has been scheduled for December 6, 2017, at 9:00 a.m.

OR

_____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has
been scheduled for _____ at ____ a.m.

OR

_____ Certification of Default filed by _____, creditor. I am
requesting that a hearing be scheduled on this matter.

OR

____ Certification of Default filed by Standing Chapter 13 Trustee.
I am requesting that a hearing be scheduled on this matter.

2.      I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

\_\_**X**\_\_ Other: I will make a regular payment on 11/10/2017 & 11/24/2017. I would like to cure the balance of the arrears through my Chapter 13 plan and resume regular payments as of December 2017.  I respectfully request that the motion be denied and permit me to resolve the matter as requested and continue with my bankruptcy plan.

3.      This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.      I certify under penalty of perjury that the foregoing is true and correct.

Date: \_\_\_\_11/7/2017\_\_\_\_                            /s/ Porsche S. Merricks
                                                              Porsche S. Merricks, Debtor