Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−24265−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Porsche S Merricks
   1414 Pennington Road
   Ewing, NJ 08618

Social Security No.:
   xxx−xx−2161

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/20/18 at 09:00 AM

to consider and act upon the following:

*28* − Creditor's Certification of Default (related document:14 Motion for Relief from Stay re: 2017 TOYOTA COROLLA, VIN:2T1BURHE1HC791061. Fee Amount $ 181. filed by Creditor Toyota Motor Credit Corporation, 18 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Toyota Motor Credit Corporation. Objection deadline is 05/31/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Retail Installment Contract # 5 Certificate of Service) (Carlon, Denise)

Dated: 5/31/18

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court