Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−24265−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Porsche S Merricks
   1414 Pennington Road
   Ewing, NJ 08618

Social Security No.:
   xxx−xx−2161

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 23, 2018.

On 1/17/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date: March 6, 2019
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 18, 2019
JAN: gan

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 17-24265-CMG
Porsche S Merricks                                                Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 18, 2019
                              Form ID: 185             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db             +Porsche S Merricks,   1414 Pennington Road,    Ewing, NJ 08618-2638
516939844      +Convergent Outsourcing,    800 Sw 39th St,   Renton, WA 98057-4927
516939846      +Discount Auto Exchange, Inc.,    1960 Spruce St.,    Ewing, NJ 08638-4630
516939849      +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
516939850      +Mercer Children's Dentistry,    3131 Princeton Pike,    Lawrenceville, NJ 08648-2202
516939851      +Muhammad Shaikh,    c/o Anthony J. Apicelli Jr. LLC,    Lexington Square Commons,
                 2121 State Highway #33,    Hamilton, NJ 08690-1740
516939852      +National Credit System,    3750 Naturally Fresh Blv,    Atlanta, GA 30349-2964
517129959      +National Credit Systems, Inc.,    P.O.Box 312125,    Atlanta, GA 31131-2125
516939853      +Nhhelc/gsm&r,   Po Box 3420,    Concord, NH 03302-3420
517192508      +QUICK PAY,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
516939854      +Sturwood Hamlet Assoc.,    c/o Pressler and Pressler,    Attention: Theologia Papadelias,
                 7 Entin Road,    Parsippany, NJ 07054-5020
517014827      +Sturwood Hamlet Associates,LLC.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516939856     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517127378      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
517142358       US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
516939858      +Us Dept Of Ed/glelsi,    Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2019 00:03:09     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2019 00:03:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517182586      +E-mail/Text: g20956@att.com Jan 19 2019 00:03:41     AT&T Mobility II LLC,
                 c/o AT&T Services, Inc,    Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
516939845      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 19 2019 00:03:56
                 Credit Collection Serv,    725 Canton St,   Norwood, MA 02062-2679
516939847      +E-mail/Text: bankruptcynotices@dcicollect.com Jan 19 2019 00:03:40     Diversified,
                 P O Box 551268,   Jacksonville, FL 32255-1268
516939848      +E-mail/Text: bknotice@ercbpo.com Jan 19 2019 00:03:13     Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
517108953      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 19 2019 00:03:21     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517125674       E-mail/Text: bnc-quantum@quantum3group.com Jan 19 2019 00:03:01
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
516953312      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2019 00:07:18     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516939857      +E-mail/Text: External.Collections@phoenix.edu Jan 19 2019 00:03:48     University Of Phoenix,
                 4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1950
516939859      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 19 2019 00:02:17
                 Verizon,   500 Technology Drive, Suite 550,    Weldon Spring, MO 63304-2225
517058753      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2019 00:08:36     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516939860      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 19 2019 00:02:17
                 Verizon Wireless,    Po Box 650051,   Dallas, TX 75265-0051
516939861      +E-mail/Text: bnc-bluestem@quantum3group.com Jan 19 2019 00:03:44     Webbank/fingerhut Fres,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516939855      Tom Busczak
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jan 18, 2019
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert    Manchel    on behalf of Debtor Porsche S Merricks manchellaw@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```