**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−24265−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Porsche S Merricks
   1414 Pennington Road
   Ewing, NJ 08618

Social Security No.:
   xxx−xx−2161

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/22/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 23, 2019
JAN: dmi

                                                                                         Jeanne Naughton
                                                                                         Clerk

# United States Bankruptcy Court
## District of New Jersey

In re:  
Porsche S Merricks  
    Debtor

Case No. 17-24265-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 23, 2019  
                    Form ID: 148     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
```
db              +Porsche S Merricks,    1414 Pennington Road,    Ewing, NJ 08618-2638
516939846       +Discount Auto Exchange, Inc.,    1960 Spruce St.,    Ewing, NJ 08638-4630
516939850       +Mercer Children's Dentistry,    3131 Princeton Pike,    Lawrenceville, NJ 08648-2202
516939851       +Muhammad Shaikh,    c/o Anthony J. Apicelli Jr. Law,    Lexington Square Commons,
                  2121 State Highway #33,    Hamilton, NJ 08690-1740
516939852       +National Credit System,    3750 Naturally Fresh Blv,    Atlanta, GA 30349-2964
517129959       +National Credit Systems, Inc.,    P.O.Box 312125,    Atlanta, GA 31131-2125
516939853       +Nhhelc/gsm&r,    Po Box 3420,    Concord, NH 03302-3420
517192508       +QUICK PAY,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
516939854       +Sturwood Hamlet Assoc.,    c/o Pressler and Pressler,    Attention: Theologia Papadelias,
                  7 Entin Road,    Parsippany, NJ 07054-5020
517014827       +Sturwood Hamlet Associates,LLC.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                  Parsippany NJ 07054-5020
517127378       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517142358        US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
516939858       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2019 00:25:33     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:28     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517182586       +EDI: CINGMIDLAND.COM Aug 24 2019 03:53:00      AT&T Mobility II LLC,    c/o AT&T Services, Inc,
                  Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516939844       +EDI: CONVERGENT.COM Aug 24 2019 03:53:00      Convergent Outsourcing,    800 Sw 39th St,
                  Renton, WA 98057-4927
516939845       +EDI: CCS.COM Aug 24 2019 03:53:00      Credit Collection Serv,    725 Canton St,
                  Norwood, MA 02062-2679
516939847       +EDI: DCI.COM Aug 24 2019 03:53:00      Diversified,    P O Box 551268,
                  Jacksonville, FL 32255-1268
516939848       +E-mail/Text: bknotice@ercbpo.com Aug 24 2019 00:25:37     Enhanced Recovery Co L,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516939849       +EDI: AMINFOFP.COM Aug 24 2019 03:53:00      First Premier Bank,    601 S Minnesota Ave,
                  Sioux Falls, SD 57104-4868
517108953       +EDI: JEFFERSONCAP.COM Aug 24 2019 03:53:00      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517125674        EDI: Q3G.COM Aug 24 2019 03:53:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
516953312       +EDI: AIS.COM Aug 24 2019 03:53:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516939856        EDI: TFSR.COM Aug 24 2019 03:53:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                  Parsippany, NJ 07054
516939857       +E-mail/Text: External.Collections@phoenix.edu Aug 24 2019 00:28:48     University Of Phoenix,
                  4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1950
516939859       +EDI: VERIZONCOMB.COM Aug 24 2019 03:53:00      Verizon,    500 Technology Drive, Suite 550,
                  Weldon Spring, MO 63304-2225
517058753       +EDI: AIS.COM Aug 24 2019 03:53:00      Verizon,    by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516939860       +EDI: VERIZONCOMB.COM Aug 24 2019 03:53:00      Verizon Wireless,    Po Box 650051,
                  Dallas, TX 75265-0051
516939861       +EDI: BLUESTEM Aug 24 2019 03:53:00      Webbank/fingerhut Fres,    6250 Ridgewood Rd,
                  Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516939855      Tom Busczak
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 23, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:

```
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert   Manchel    on behalf of Debtor Porsche S Merricks manchellaw@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```